In the Matter of JERRELL MILLER/HYMAN, Petitioner, v FERNANDO M. CAMACHO, Respondent. [936 NYS2d 909]

Adjudged that the proceeding is dismissed as academic, without costs or disbursements.

The proceeding has been rendered academic, as the underlying criminal action has proceeded to trial and the petitioner was convicted on November 14, 2011. Dillon, J.P., Balkin, Leventhal and Chambers, JJ., concur.